IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALI NAZARI,

      Petitioner,

v.    No. 2:26-cv-00600-SMD-GJF

GEORGE DEDOS, TODD M. LYONS,
KRISTI NOEM, and PAMELA BONDI

      Respondents.

### ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Ali Nazari's ("Petitioner's") Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 and motion for a temporary restraining order (Doc. 2), filed on February 27, 2026. Petitioner is a citizen of Iran and is in Immigration and Customs Enforcement's ("ICE's") custody at the Cibola County Correctional Center in Milan, New Mexico. Doc. 1 ¶¶ 1, 10.

Petitioner fled Iran in 2023 following political persecution and torture. *Id.* ¶¶ 23–32. Petitioner entered the United States on February 13, 2025, and was immediately apprehended by immigration authorities. *Id.* ¶ 33. The immigration authorities issued Petitioner a notice to appear before an Immigration Judge and charged him with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶¶ 33–34. On October 15, 2025, an immigration judge found Petitioner to be inadmissible, but granted him a withholding of removal. *Id.* Petitioner has remained in ICE's custody for over a year. *Id.* ¶ 39. Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1331, the Administrative Procedure Act, and the Fifth Amendment. *Id.* ¶¶ 79–93.

2

This Court has jurisdiction under 28 U.S.C. § 2241.  The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights.  *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976).  Accordingly, the Court orders Respondents to answer the Petition (Doc. 1) and motion for a temporary restraining order (Doc. 2).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than March 9, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted.  If Petitioner elects to file an optional reply, he must do so within three days of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Ali Nazari from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**